HERMAN EINSTEIN, PETITIONER, *v*. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10706. Promulgated January 26, 1928.

*B. G. Voorhees, Esq.*, for the petitioner.
*L. A. Luce, Esq.*, for the respondent.

OPINION.

LANSDON: When a joint return has been filed, section 223(b) of the Revenue Act of 1921 provides that the tax shall be computed on the basis of that return. The tax liability then becomes fixed and can not be altered by subsequently filing an amended return on an individual basis. *R. Downes, Jr.*, 5 B. T. A. 1029.

*Judgment will be entered for the respondent.*